IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS LEE ANDERSON,

                              JUDGMENT IN A CIVIL CASE

    Plaintiff,

                                    15-cv-835-bbc

v.

SCOTT D. NABKE, DAVID ERTEL,
ALEJANDRO FERRO and BAYVIEW
LOAN SERVICING, LLC,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice as legally frivolous.

| /s/ | 2/12/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |