IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| THOMAS LEE ANDERSON, | ORDER |
| Plaintiff, | 15-cv-835-bbc |
| v. | |
| SCOTT D. NABKE, DAVID ERTEL, ALEJANDRO FERRO and BAYVIEW LOAN SERVICING, LLC, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On February 12, 2016, the court entered an order dismissing plaintiff's claims as legally frivolous and directing the clerk of court to close this case. Plaintiff has now filed a proposed amended complaint. Dkt. #10. Plaintiff's proposed amended complaint fails to correct the defects identified in the court's February 12 order. Accordingly, plaintiff's request for leave to file an amended complaint is denied. If plaintiff files any additional motions in this case, the clerk of court is directed to docket the motion, but the motion will be deemed denied after 30 days unless the court issues an order to the contrary.

Entered this 14th day of March, 2016.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

1